NELLIE J. SCHWAB, Respondent, v. HENRY E. SCHWAB, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Scott, Laughlin, Dowling, Smith and Page, JJ.

THE FARMERS' LOAN AND TRUST COMPANY, as Trustee, etc., Appellant, v. MARY A. BARNARD WAGSTAFF and Others, Appellants, Impleaded with MARY G. SHELLY, Respondent, and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Scott, Laughlin, Dowling, Smith and Page, JJ.; Scott and Smith, JJ., dissented.

FERD G. HUSTON, Respondent, v. SAMUEL COHEN, Appellant. FERD G. HUSTON, Respondent, v. SAMUEL COHEN, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Scott, Laughlin, Dowling, Smith and Page, JJ.

JOSEPH SHAMES, Respondent, v. WILLIAM M. BARRETT, as President of the ADAMS EXPRESS COMPANY, Appellant.— Determination affirmed, with ten dollars costs and disbursements. No opinion. Present — Scott, Laughlin, Dowling, Smith and Page, JJ.

HERMANN E. GOLDSCHMIDT, Respondent, v. TOWN OF ARCADIA, Appellant.— Order reversed and motion granted. No opinion. Present — Scott, Laughlin, Dowling, Smith and Page, JJ.

FELS & COMPANY, Respondent, v. PHILIPPINE VEGETABLE OIL COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Scott, Laughlin, Dowling, Smith and Page, JJ.

CHARLES BROCK, Suing for Himself as a Stockholder of the ANTHONY & SCOVILL COMPANY, and on Behalf of Said Company, and All Other Stockholders, etc., Appellant, v. RUEL W. POOR and Others, Respondents. — Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Scott, Laughlin, Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH CERZOSIE, Relator, v. THE WARDEN OF THE NEW YORK COUNTY PENITENTIARY, Defendant. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Order modified by directing the discharge of the prisoner. No opinion. Order to be settled on notice. Present— Scott, Laughlin, Dowling, Smith and Page, JJ.

HORACE D. NEWSON, Appellant, v. HOGGSON BROTHERS, Respondent.— Order modified by requiring plaintiff to state the value of his services in detail, instead of the value of each item thereof, and as modified affirmed, with ten dollars costs and disbursements to respondent. No opinion. Order to be settled on notice. Present — Scott, Laughlin, Dowling, Smith and Page, JJ.